Mark E. Ellis - 127159
June D. Coleman - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:    (916) 565-0300
Facsimile:     (916) 565-1636

Attorneys for Defendant
PAUL R. STASSINOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA     *E-FILED - 10/6/05*

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD L. CARRIZOSA and MARY PEA, on behalf of themselves and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PAUL R. STASSINOS, an Individual, ALAN MECHAM, an Individual, LEGAL RECOVERY SERVICES, INC., a California Corporation, LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, INC., a California Corporation, CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC., a California Corporation, and DOES 1 through 20,<br><br>Defendants. | Case No.: C05 02280 ~~PVT~~ RMW<br><br>**COUNSEL FOR DEFENDANT PAUL R. STASSINOS REQUESTS TO APPEAR TELEPHONICALLY AT THE HEARING ON DEFENDANTS'**<br>**(1) LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA;**<br>**(2) CENTRAL VALLEY LEGAL SERVICES; AND**<br>**(3) ALAN MECHAM MOTION(S) TO DISMISS** AND ORDER<br><br>(ALL MOTIONS TO BE HEARD ON)<br><br>Date: October 14, 2005<br>Time: 10:00 a.m.<br>Courtroom: 6 |

June D. Coleman, counsel for Defendant Paul R. Stassinos, requests permission to appear by telephone at the hearing on Defendants' (1) Legal Recovery Services of Central California; (2) Central Valley Legal Service; and (3) Alan Mecham - Motions to Dismiss scheduled in this matter. Mrs. Coleman's office is located in Sacramento, some 125 miles from the Court.

//
//
//

- 1 -

1  Dated: August 19, 2005

                                                           MURPHY, PEARSON, BRADLEY & FEENEY

                                                           By  /S/
                                                                 June D. Coleman
                                                                 Attorneys for Defendant
                                                                 PAUL R. STASSINOS

     The court hereby grants the request for June D. Coleman to appear at the above-mentioned hearing telephonically.  **IT IS SO ORDERED.**  The Court will initiate the call.  Counsel must be available between the hours of 9:00 am to 12:00 pm.  (rmw)

Date:  10/6/04                          /S/ RONALD M. WHYTE
                                            Judge Ronald M. White

JDC.10282891.doc

Counsel For Defendant Paul R. Stassinos Requests to Appear Telephonically at the Hearing on Defendants' Motion to Dismiss