1  Mark E. Ellis - 127159
   June D. Koper - 191890
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:  (916) 565-0300
4  Facsimile:  (916) 565-1636

5  Attorneys for CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8                    SAN JOSE DIVISION                    *E-FILED - 11/16/05*

9  RICHARD L. CARRIZOSA and MARY PEA, on        Case No.: C05 02280 RMW
10 behalf of themselves and others similarly situated     ORDER GRANTING
                                                          SUBSTITUTION OF ATTORNEYS
11         Plaintiff,

12 v.

13 PAUL R. STASSINOS, an Individual, ALAN
   MECHAM, an Individual, LEGAL RECOVERY
14 SERVICES, INC., a California Corporation,
   LEGAL RECOVERY SERVICES OF
15 CENTRAL CALIFORNIA, INC., a California
   Corporation, CENTRAL VALLEY LEGAL
16 RECOVERY SERVICES, INC., a California
   Corporation, and DOES 1 through 20,
17
           Defendants.
18

19     Defendant CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC. hereby substitute
20 attorneys Mark E. Ellis and June D. Koper, of MURPHY PEARSON BRADLEY & FEENEY, 701
21 University Avenue, Suite 150, Sacramento, CA 95825, (916) 565-0300, facsimile (916) 565-1636, as
22 attorney of record in place and stead of BROWN, HALL, SHORE & MCKINLEY.
23     Central Valley Legal Recovery Services, Inc. hereby consents to the substitution.
24 Dated: November 6, 2005
25                                  By  *Cheryl Copland*
26                                  Cheryl Copland, on behalf of CENTRAL VALLEY
                                    LEGAL RECOVERY SERVICES, INC.
27
28

                                          - 1 -
                                   Sustitution Of Attorneys

1   We hereby consent to the substitution.

2   Dated: November 6, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Mark E. Ellis

6   We hereby consent to the substitution.

7   Dated: November 6, 2005

BROWN, HALL, SHORE & MCKINLEY

By _____
Scott Harper

11
    IT IS SO ORDERED:
12

13   Dated: 11/16/05                    /S/ RONALD M. WHYTE
                                        Judge Ronald M. White
14                                      United States District Court, Northern District of
                                        California
15

16   JDK.10295283.doc

- 2 -