T. MARK SMITH, ESQ., State Bar No. 162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
(661) 322-6023
(661) 322-3508 - Fax

Attorney for Legal Recovery Services of Central California, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVSION

*E-FILED - 1/6/06*

| | |
|---|---|
| RICHARD L. CARRIZOSA, and MARY PEA, on behalf of themselves and other similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PAUL R. STASSINOS, an individual, ALAN MECHAM, an individual, LEGAL RECOVERY SERVICES, INC., a California corporation, LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, INC., a California corporation, CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>        Defendants | Case No.: C05 02280 RMW<br>**ORDER GRANTING**<br>**REQUEST OF LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA FOR PERMISSION TO APPEAR TELEPHONICALLY FOR THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br><br>DATE:  January 13, 2006<br>TIME:  10:30 a.m.<br>Dept. 6 |

     Defendant LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA respectfully request to telephonically attend the hearing for the Further Case Management Conference scheduled for January 13, 2006 at 10:30 a.m. in the above-entitled matter.  Mr. Smith's contact number for this appearance is (661) 322-6023.

////

1  DATED:   January 3, 2006
2                                                                CLIFFORD & BROWN
3                                                       By   s/T. Mark Smith
                                                             T. MARK SMITH
4                                                            Attorney for Defendant
                                                             Legal Recovery Services of
5                                                            Central California
6

7                                            **ORDER**

8

9      The Court hereby grants the request of T. Mark Smith to appear at the above-mentioned
10  Further Case Management Conference telephonically.   **IT IS SO ORDERED.**
    The Court will initiate the call between the hours of 10:30 a.m. to 1:00 p.m.
11

12  DATED: January  6 , 2006             /S/ RONALD M. WHYTE
                                         Honorable RONALD M. WHYTE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
Request for Telephonic Appearance