1  **Paul Arons**
**685 Spring St., # 104**
2  **Friday Harbor, WA 98250**
  Tel. (360) 378-6496
3  Fax (360) 378-6498
4  lopa@rockisland.com

5  Ronald Wilcox, State Bar #
  LAW OFFICE OF RONALD WILCOX
6  2160 The Alameda, 1st Flr., Suite F
  San Jose, CA 95126
7  (408) 296-0400

8
  O. Randolph Bragg, III. Bar #06221983
9  HORWITZ, HORWITZ & ASSOCIATES
  25 East Washington, Suite 900
10 Chicago, IL 60602
  (312) 372-8822
11

12 **Attorneys for Plaintiff**                                    *E-FILED - 2/15/06*

13              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15                                                C-05-02280-RMW

| RICHARD L. CARRIZOSA and MARY PEAS, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>PAUL R. STASSINOS, et al.<br><br>Defendants. | CIV. NO. 05 RMW RS<br><br>**CLASS ACTION**<br>ORDER GRANTING<br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: February 17, 2006<br>Time: 10:30 a.m.<br>Courtroom 6 |
|---|---|

The parties in the above-entitled action jointly request to continue the Case Management Conference, currently set for February 17, 2006. On January 9, 2006, the parties filed a Case Management Conference Statement in which they described discovery in which they were engaged, in preparation of filing various motions. That discovery is on-going, and the parties are actively engaged in conducting discovery and attempting to resolve discovery disputes. In light of the on-going activity in this action, and the fact that this phase

- 1 -

1  of discovery will not be completed prior to the currently set Case Management Conference,
2  the parties request that the Case Management Conference be continued for sixty to ninety
3  days.

4  Dated: February 9, 2006

5                                      s/ Paul Arons
                                    Paul Arons, Counsel for Plaintiffs

6  Dated:

7                                    Koper J O Koper
8                                    June Coleman, Counsel for Defendant
                                  Paul Stassinos and Central Valley Legal Recovery
9                                    Services, Inc.

10  Dated:

11                                    /s/
                                  T. Mark Smith, Counsel for Defendants Legal
12                                    Recovery Services of Central California, Inc.

13  Dated:

14                                    /s/
                                  Christopher E. Terrill, Counsel for Defendants Legal
15                                    Recovery Services, Inc. and Alan Mecham

16        Having considered the parties' Joint Request to Continue Case Management
17  Conference, the request is granted.  A Case Management Conference shall be held on
18  May 19, 2006_____, at 10:30 a.m. in Courtroom 6.  The parties shall file a Joint Case
19  Management Conference Statement no later than _May 12, 2006_____.

20

21  DATED: 2/15/06                                 /s/ Ronald M. Whyte
                                              Honorable Ronald M. Whyte
22                                    Judge, United States District Court

Joint Request to Continue Case Management Conference