Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD L. CARRIZOSA and MARY PEA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL R. STASSINOS, et al.,<br><br>Defendants. | CIV. NO.  05-2280 RMW<br><br>CLASS ACTION<br><br>PLAINTIFFS' MOTION TO COMPEL FURTHER DISCOVERY FROM LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, INC.<br><br>Date: May 17, 2006<br>Time: 9:30 a.m.<br>Courtroom 4 |

TO LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, INC., AND TO ITS ATTORNEYS OF RECORD IN THIS ACTION:

    Please take notice that on May 17, 2006, at 9:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Richard Seeborg, Magistrate Judge of the

PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY FROM LRS CEN CAL: Page 1

United States District Court located at 280 South First Street, San Jose, California, plaintiffs Richard Carrizosa and Mary Pea will move for an order compelling defendant to provide:

    1. Further answers to Plaintiffs' Interrogatories to Defendant Legal Recovery Services of Central California, Inc.,  Nos. 2 , 6 and 14.

    2. Further document production to Plaintiff's Request for Production of Documents to Defendant Legal Recovery Services of Central California, Inc., Nos. 4, 8 and 27.

    Plaintiff makes this motion pursuant to Fed.R.Civ.P. 37(a), on the ground that the discovery that plaintiffs seek is relevant to the subject matter of the action, reasonably calculated to lead to the discovery of admissible evidence, and is not protected from disclosure by any privilege.  Plaintiffs makes this motion pursuant to this notice, the memorandum of points and authorities and declaration of Paul Arons and attached exhibits, filed herewith, and on such other and further evidence as may be adduced at hearing.

DATED: April 12, 2006                        LAW OFFICES OF PAUL ARONS

                                        By  s/ Paul Arons
                                           Paul Arons
                                           Attorney for Plaintiffs
                                           RICHARD CARRIZOSA and MARY PEA