1  JAMES R. PAGLIERO, ESQ. - #095898
   PAGLIERO & ASSOCIATES
2  A Professional Corporation
   5701 Marconi Avenue
3  Carmichael, CA 95608
   (916) 481-7100 Fax: (916) 481-7101
4
   Attorneys for defendants Legal
5  Recovery Services, Inc. and Alan Mecham

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

                                              *E-FILED - 4/13/06*
9                 SAN JOSE DIVISION

10 RICHARD L. CARRIZOSA and MARY   ) No. C05-02280 RMW
   PEA, on behalf of themselves    )
11 and others similarly situated,  ) **SUBSTITUTION OF ATTORNEYS**
                                   ) **AND ORDER**
12         Plaintiffs,             )
                                   )
13      v.                         )
                                   )
14 PAUL R. STASSINOS, an           )
   Individual, ALAN MECHAM, an     )
15 Individual, LEGAL RECOVERY      )
   SERVICES, INC., a California    )
16 Corporation, LEGAL RECOVERY     )
   SERVICES OF CENTRAL             )
17 CALIFORNIA, INC., a California  )
   Corporation, CENTRAL VALLEY     )
18 LEGAL RECOVERY SERVICES, INC.,  )
   a California Corporation, and   )
19 DOES 1 through 20,              )
                                   )
20         Defendants.             )
   _____)
21

22     Defendants Legal Recovery Services, Inc. and Alan Mecham

23 hereby substitute attorneys James R. Pagliero and Candace M.

24 Pagliero of Pagliero & Associates, A Professional Corporation,

25 5701 Marconi Avenue, Carmichael, CA 95608; telephone: (916) 481-

26 7100; facsimile: (916) 481-7101; E-mail: pagliero@aol.com, as

27 attorneys of record in place and stead of the Law Offices of Doss

28 & Terrill.

                                    1
*SUBSTITUTION OF ATTORNEYS AND ORDER*                    C05 02280 RMW

1   Defendant Legal Recovery Services, Inc. hereby consents to
2 this substitution.
3 DATED: 3-15-06                          LEGAL RECOVERY SERVICES, INC.
4                                         /S/ALAN MECHAM
5                                  By:  _____
6                                         On behalf of Legal Recovery
                                          Services, Inc.
7
8   Defendant Alan Mecham hereby consents to this substitution.
9 DATED: 3-15-06                          /S/ALAN MECHAM
                                         _____
10                                        ALAN MECHAM
11   We hereby consent to this substitution.
12 DATED: 3-15-06                          DOSS & TERRILL
13                                         /S/CHRISTOPHER TERRILL
                                   By:  _____
14                                        CHRISTOPHER TERRILL
15   We hereby agree to this substitution.
16 DATED: 3-15-06                          PAGLIERO & ASSOCIATES
                                          A Professional Corporation
17
                                          /S/JAMES R. PAGLIERO
18                                 By:  _____
                                          JAMES R. PAGLIERO
19
20
21                              **ORDER**
22   IT IS SO ORDERED.
23 DATED:  _4/13/06_____
                                           /S/ RONALD M. WHYTE
24                                        _____
                                          JUDGE RONALD M. WHYTE
                                          UNITED STATES DISTRICT COURT
25                                        NORTHERN DISTRICT OF CALIFORNIA
26
27
28 C:\FILES\CARRIZOSA\SUB-ATTNY.wpd #4

2

*SUBSTITUTION OF ATTORNEYS AND ORDER*                                  C05 02280 RMW