E-FILED on    4/21/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CARRIZOSA and MARY PEA,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL STASSINOS; ALAN MECHAM; LEGAL RECOVERY SERVICES, INC.; LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, INC.; and CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC.<br><br>Defendants. | No. C-05-02280 RMW<br><br>ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT<br><br>**[Re Docket Nos. 57, 65]** |

    Plaintiffs Richard Carrizosa and Mary Pea move *ex parte* under Civil L.R. 7-10 for an order continuing defendant Central Valley Legal Recovery Services, Inc.'s motion for summary judgment. Plaintiffs fail to show—as required by Civil L.R. 7-10(a)—that their *ex parte* motion is proper under "the statute, rule or order which permits the use of an *ex parte* motion to obtain the relief sought." Indeed, under established channels for the sort of relief plaintiffs seek, their motion is not the proper subject for *ex parte* treatment. Generally, a motion to change time must comply with Civil L.R. 6-3, which plaintiffs' motion does not. In the specific context of a motion for summary judgment,

ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT—No. C-05-02280 RMW
JAH

1  Fed.R.Civ.P. 56(f) provides plaintiffs with the proper procedure for requesting a deferred ruling on
2  defendant's motion for summary judgment.  The court will consider any request for relief under
3  Fed.R.Civ.P. 56(f) concurrently with the associated motions for summary judgment.  Plaintiffs' *ex*
4  *parte* motion is denied.

7  DATED:     4/21/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Frederick William Schwinn | cand_cmecf@sjconsumerlaw.com |
| O. Randolph Bragg | rand@horwitzlaw.com |
| Paul Arons | lopa@rockisland.com |
| Ronald Wilcox | ronaldwilcox@post.harvard.edu |

**Counsel for Defendants:**

| | |
|---|---|
| Mark Ewell Ellis | mellis@mpbf.com |
| June D. Coleman | jcoleman@mpbf.com |
| Christopher E. Terrill | cet@dossandterrilllaw.com |
| Thomas Mark Smith | msmith@clifford-brownlaw.com |
| Candace M. Pagliero | cpagliero@paglierolaw.com |
| James Raymond Pagliero | jpagliero@paglierolaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**       4/21/06             /s/ JH
                              **Chambers of Judge Whyte**

ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT—No. C-05-02280 RMW
JAH                              3