**\*E-FILED 7/20/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD L. CARRIZOSA, et al., | NO. C 05-2280 RMW (RS) |
| Plaintiffs, | **ORDER RE PROTECTIVE ORDER** |
| v. | |
| PAUL R. STASSINOS, et al., | |
| Defendants. | |

On June 6, 2006, the Court entered an order directing, among other things, that "[t]he parties shall meet and confer to negotiate a protective order to address any confidentiality concerns." Given that the parties previously stipulated to entry of protective order entered in the related case, 04-3026 RMW (RS), the Court anticipated that this would be a routine matter, and that a similar, if not identical from of general protective order would promptly be jointly submitted by the parties for entry in this action.

Defendants have now instead filed an "ex parte application for a protective order, or alternatively ex parte order for an order shortening time to hear a motion for protective order." Defendants have presented no grounds for bringing an "ex parte application" as that term is used in the Local Civil Rules, See Local Civil Rule 7-10. As defendants' papers were filed electronically, however, plaintiffs have received notice, and the application was *not* made "ex parte" within the

meaning of Rule 7-10.  Construing defendants' request as a motion under Local Rule 6-3 for an order shortening time, the Court concludes that this matter should be resolved expeditiously and without protracted briefing or a hearing.  Accordingly, pursuant to Local Rule 6-3 (d), Plaintiffs are directed to file within 10 court days a brief, not exceeding five pages in length, explaining any reasons they may have as to why the Court should not enter a protective order in this action identical in form to the order entered in the related action.  Alternatively, and preferably, the parties shall submit a stipulated form of protective order within that same time period, and they are hereby directed to engage in further meet and confer discussions in an attempt to do so.

IT IS SO ORDERED.

Dated: July 20, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Paul Arons   lopa@rockisland.com

O. Randolph Bragg   rand@horwitzlaw.com, shannon@horwitzlaw.com

June D. Coleman   jcoleman@mpbf.com, mellis@mpbf.com; fwilson@mpbf.com; npruitt@mpbf.com

Mark Ewell Ellis   mellis@mpbf.com, lmiller@mpbf.com; npruitt@mpbf.com

Candace M. Pagliero   cpagliero@paglierolaw.com

James Raymond Pagliero   jpagliero@paglierolaw.com

Frederick William Schwinn   cand_cmecf@sjconsumerlaw.com, fred.schwinn@sjconsumerlaw.com; fschwinn@gmail.com

Thomas Mark Smith   msmith@clifford-brownlaw.com, bpowers@clifford-brownlaw.com

Ronald Wilcox   ronaldwilcox@post.harvard.edu

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/20/06**                                            **Chambers of Judge Richard Seeborg**

                                                              **By:**      **/s/ BAK**

**United States District Court**
For the Northern District of California