1  T. MARK SMITH, ESQ., State Bar No. 162370
   CLIFFORD & BROWN
2  A Professional Corporation
   Attorneys at Law
3  1430 Truxtun Avenue, Suite 900
   Bakersfield, CA 93301-5230
4  (661) 322-6023
   (661) 322-3508 - Fax
5
   Attorneys for Legal Recovery Services of Central California, Inc.
6

7  UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SAN JOSE DIVSION      ***E-FILED - 7/23/07***

10

11 RICHARD L. CARRIZOSA, and MARY    ) Case No.: C05 02280 RMW
   PEA, on behalf of themselves and other )
12 similarly situated,                )
                                      ) **STIPULATION OF DISMISSAL**
13                                    ) **OF ALL CLAIMS AGAINST LEGAL**
         Plaintiffs,                  ) **RECOVERY SERVICES OF CENTRAL**
14                                    ) **CALIFORNIA, INC.; ORDER THEREON**
     vs.                              )
15                                    )
                                      )
16 PAUL R. STASSINOS, an individual, ALAN )
   MECHAM, an individual, LEGAL      )
17 RECOVERY SERVICES, INC., a California )
   corporation, LEGAL RECOVERY       )
18 SERVICES OF CENTRAL CALIFORNIA,   )
   INC., a California corporation, CENTRAL )
19 VALLEY LEGAL RECOVERY SERVICES,   )
   INC., a California corporation, and DOES 1 )
20 through 20, inclusive,             )
21                                    )
                                      )
22       Defendants                   )
   _____)

23       IT IS HEREBY STIUPLATED BY AND BETWEEN THE PARTIES TO THIS
24
   ACTION, through their designated counsel, that each and every claim brought by plaintiffs
25
   RICHARD L. CARRISOZA  and MARY PEA against defendant Legal Recovery Services of
26
   Central California, Inc. in the above-captioned action be and hereby is dismissed with prejudice
27
   pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party is to bear his/her/its own
28

attorney's fees and costs. The Settlement Agreement and Mutual General Release executed by the parties is attached hereto as Exhibit A.

DATED: July 6, 2007  CLIFFORD & BROWN

By  /s/ T. Mark Smith  .
T. Mark Smith
Attorneys for Defendants LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA

DATED: July 6, 2007  LAW OFFICE OF PAUL ARONS

By  /s/ Paul Arons  .
Paul Arons
Attorneys for Plaintiffs, RICHARD CARRIZOSA and MARY PEA
(Authorized on July 5, 2007)

### ORDER

All claims of plaintiffs Richard L. Carrizosa and Mary Pea against defendant Legal Recovery Services of Central California, Inc. are hereby dismissed with prejudice.

Dated: 7/23/07

Ronald M. Whyte
U.S. District Judge