**E-FILED on** 12/20/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CARRIZOSA and MARY PEA,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL STASSINOS; ALAN MECHAM; LEGAL RECOVERY SERVICES, INC.; LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, INC.; and CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC.<br><br>Defendants. | No. C-05-02280 RMW<br><br>REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE |

The court requests that the parties in the above-captioned case submit a status report and appear at a case management conference to update the court on the progress of the case. The parties shall appear Friday, January 25, 2008 at 10:30 a.m. for a status conference. А joint status report is due by Friday, January 18, 2008.

DATED: 12/20/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE—No. C-05-02280 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Frederick William Schwinn | cand_cmecf@sjconsumerlaw.com |
| O. Randolph Bragg | rand@horwitzlaw.com |
| Paul Arons | lopa@rockisland.com |
| Ronald Wilcox | ronaldwilcox@post.harvard.edu |

**Counsel for Defendants:**

| | |
|---|---|
| Mark Ewell Ellis | mellis@mpbf.com |
| June D. Coleman | jcoleman@mpbf.com |
| Christopher E. Terrill | cet@dossandterrilllaw.com |
| Thomas Mark Smith | msmith@clifford-brownlaw.com |
| Candace M. Pagliero | cpagliero@paglierolaw.com |
| James Raymond Pagliero | jpagliero@paglierolaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 12/20/07                  /s/ MAG
                                     **Chambers of Judge Whyte**