Mark E. Ellis – 127159
June D. Coleman – 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, &
  STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORN

SAN JOSE DIVISION

*E-FILED - 1/17/08*

| | |
|---|---|
| Richard Carrizosa and Mary Pea, Individually and on Behalf of Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Paul Stassinos, Legal Recovery Services, Inc.; Legal Recovery Services of Central California; Central Valley Legal Recovery Service, Inc.; Alan Mecham,<br><br>    Defendants. | Case No.: 5:05-cv-02280 RMW<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC.; ORDER THEREON** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION, |
| 2 | through their designated counsel, that each and every claim brought by plaintiffs RICHARD L. |
| 3 | CARRIZOSA and MARY PEA against defendant Central Valley Legal Recovery Services, Inc., in the |
| 4 | above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil |
| 5 | Procedure 41(a)(1). Each party is to bear his/her/its own attorneys' fees and costs. The Settlement |
| 6 | Agreement and Mutual General Release executed by the parties is attached hereto as Exhibit A. |

Dated: January 9, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, &
STEINHEIMER LLP

By  /s  June D. Coleman
June D. Coleman
Attorney for Defendant
CENTRAL VALLEY LEGAL RECOVERY
SERVICES, INC.

Dated: January 9, 2008

LAW OFFICES OF PAUL ARONS

By  s/ Paul Arons
Paul Arons
Attorney for Plaintiff
RICHARD CARRIZOSA & MARY PEA

**ORDER**

All claims of plaintiffs Richard L. Carrizosa and Mary Pea against defendant Central Valley Legal Recovery Services, Inc., are hereby dismissed with prejudice.

Dated: 1/17/08

*Ronald M. Whyte*
Ronald M. Whyte
U.S. District Judge