**E-FILED on** 2/22/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CARRIZOSA and MARY PEA,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL STASSINOS; ALAN MECHAM; LEGAL RECOVERY SERVICES, INC.; LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, INC.; and CENTRAL VALLEY LEGAL RECOVERY SERVICES, INC.<br><br>Defendants. | No. C-05-02280 RMW<br><br>ORDER DENYING REQUEST FOR TELEPHONIC CASE MANAGEMENT CONFERENCE |

The request for a telephonic case management conference is denied without prejudice to a motion for additional discovery filed before the assigned magistrate judge. Judge Seeborg is delegated the authority to hear and rule on any such motion.

DATED: 2/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING REQUEST FOR TELEPHONIC CASE MANAGEMENT CONFERENCE—No. C-05-02280 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Frederick William Schwinn    fred.schwinn@sjconsumerlaw.com
O. Randolph Bragg            rand@horwitzlaw.com
Paul Arons                   lopa@rockisland.com
Ronald Wilcox                ronaldwilcox@post.harvard.edu

**Counsel for Defendants:**

Mark Ewell Ellis             mellis@mpbf.com
June D. Coleman              jcoleman@mpbf.com
Thomas Mark Smith            msmith@clifford-brownlaw.com
Candace M. Pagliero          cpagliero@paglierolaw.com
James Raymond Pagliero       jpagliero@paglierolaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/22/08              /s/ MAG
                                **Chambers of Judge Whyte**