Mark E. Ellis - 127159
June D. Coleman – 191890
Andrew Steinheimer – 200524
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

*E-FILED - 4/28/08*

Attorneys for Defendant PAUL STASSINOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Susanne Palmer and Sharon Hammer,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Paul R. Stassinos,<br><br>　　　Defendants.<br><br>Richard Carrizosa et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Paul R. Stassinos, et al.<br><br>　　　Defendants. | Case No.:　　　　　C04 03026 RMW<br><br>Related Actions:　C04 03027 RMW<br>　　　　　　　　　　C04 03237 RMW<br>　　　　　　　　　　C05 02280 RMW<br><br><br><br>Case No.　　　　　C05 2280 RMW<br><br><br>**STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS AND [XXXXXXXXXXXX] ORDER** |

- 1 -

**STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS AND [XXXXXXXXXXX] ORDER**

The Court, with input from the parties, has set a briefing schedule in these related cases for plaintiffs and defendants to file motions for class certification and cross-motions for summary judgment. The current briefing schedule is as follows:

All motions will be filed no later than April 4, 2008.

Any opposition briefs will be filed no later than May 18, 2008.

Reply briefs will be filed no later than May 28, 2008.

The motions will be heard on June 20, 2008 at 9:00 a.m.

The parties hereby stipulate and agree to modify this schedule to make the date for filing motions April 11, 2008. All the other dates, including the hearing date, will remain the same. Counsel has conflicting professional obligations making it difficult to meet the filing deadline. Counsel for Stassinos has requested that the other parties agree to continue the filing date and they have agreed. As the remainder of the briefing schedule will not change, including the hearing date, the case will not be delayed by the stipulated extension. Thus, the parties jointly request that the Court modify the scheduling order so that the deadline for filing motions for class certification and motions for summary judgment be extended to April 11, 2008.

IT IS SO STIPULATED.

Dated: April 3, 2008            Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

                                By  /s
                                    Andrew Steinheimer
                                    Attorney for Defendant
                                    PAUL STASSINOS

Dated: April 3, 2008            Law Offices of Paul Arons

                                By  /s
                                    Paul Arons
                                    Attorney for Plaintiff
                                    SUZANNE PALMER and SHARON HAMMER,
                                    AND RICHARD CARRIZOSA and MARY PEA

- 2 -

STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS AND [xxxxxxxxxxx] ORDER

Dated: April 3, 2008                                Pagliero and Associates

                                                    By  /s/
                                                        Candace Pagliero
                                                        Attorney for Defendants
                                                        LEGAL RECOVERY SERVICES, INC. and AL
                                                        MECHAM

## ORDER

Pursuant to the stipulation of the parties, the Court hereby modifies the current briefing and hearing schedule so that motions for class certification and motions for summary judgment shall be filed no later than April 11, 2008.

**IT IS SO ORDERED.**

DATED:   4/28/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge