Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
jcoleman@ecplslaw.com

Attorneys for Defendant PAUL R. STASSINOS

*E-FILED - 3/6/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CARRIZOSA AND MARY PEA,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL STASSINOS, LEGAL RECOVERY SERVICES, INC.; LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA; CENTRAL VALLEY LEGAL RECOVERY SERVICE, INC.; ALAN MECHAM,<br><br>    Defendants. | Case No.: 5:05-cv-02280 RMW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION AND DEFENDANT PAUL R. STASSINOS' MOTION TO ABATE**<br><br>DATE:    March 13, 2009<br>TIME:    9:00 a.m.<br>JUDGE    Hon. Judge Whyte |

    WHEREAS, Plaintiffs' Amended Motion for Class Certification and Defendant Paul R. Stassinos' Motion to Abate are presently scheduled for hearing on March 13, 2009; and

    WHEREAS, plaintiffs' motion to amend is scheduled for March 27, 2009; and

    WHEREAS, counsel for all parties have agreed to continue the March 13, 2009 hearings to March 27, 2009, so that counsel only have to travel once;

    IT IS HEREBY STIPULATED AND AGREED by the counsel signing below that Plaintiffs' Amended Motion for Class Certification and Defendant Paul R. Stassinos' Motion to Abate, currently set for hearing on March 13, 2009, be continued to March 27, 2009. Pursuant to the stipulation, the parties jointly request that the Court order Plaintiffs' Amended Motion for Class Certification and

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION AND DEFENDANT PAUL R. STASSINOS' MOTION TO ABATE

Defendant Paul R. Stassinos' Motion to Abate to be heard on March 27, 2009 instead of March 13, 2009. Reply dates will follow the new hearing date.

IT IS SO STIPULATED.

Dated: February 26, 2009

ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

By /s/ June D. Coleman
June D. Coleman
Attorney for Defendant
PAUL R. STASSINOS

Dated: February 26, 2009

PAGLIERO & ASSOCIATES

By /s/ Candace M. Pagliero
Candace M. Pagliero
Attorney for Defendant
LEGAL RECOVERY SERVICES, INC., AND ALAN MECHAM

Dated: February 26, 2009

LAW OFFICEDS OF PAUL ARONS

By /s/ Paul Arons
Paul Arons
Attorney for Plaintiffs
RICHARD CARRIZOSA AND MARY PEA

### ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiffs' Amended Motion for Class Certification and Defendant Paul R. Stassinos' Motion to Abate, be continued and set for hearing on March 27, 2009, at 9:00 a.m. . Reply dates will follow the new hearing date.

Dated: 3/6/09

*Ronald M Whyte*
United States District Court Judge
Hon. Judge Ronald M. Whyte

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION AND DEFENDANT PAUL R. STASSINOS' MOTION TO ABATE