**E-FILED on** 03/09/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD L. CARRIZOSA AND MARY PEA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br>PAUL R. STASSINOS, an individual, ALAN MEACHAM, an individual, LEGAL RECOVERY SERVICES, INC., a California corporation, and DOES 1-20,<br><br>Defendants. | C-05-02280 RMW<br><br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF COURT'S ORDER RE: CROSS MOTIONS FOR SUMMARY JUDGMENT<br><br><br>**[Re Docket No. 262]** |

Plaintiffs Richard L. Carrizosa and Mary Pea move for leave to file a motion for reconsideration of this court's order regarding the cross motions for summary judgment filed on January 09, 2009. The court grants the motion for leave, and requests that defendants file a response by Monday, March 23, 2009.

DATED:  03/09/09

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF COURT'S ORDER RE: CROSS MOTIONS FOR SUMMARY JUDGMENT   —C-05-02280 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Ronald Wilcox | ronaldwilcox@post.harvard.edu |
| O. Randolph Bragg | rand@horwitzlaw.com |
| Paul Arons | lopa@rockisland.com |

**Counsel for Defendants:**

| | |
|---|---|
| Andrew M. Steinheimer | asteinheimer@ecplslaw.com |
| June D. Coleman | jcoleman@ecplslaw.com |
| Mark Ewell Ellis | mellis@ecplslaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   03/09/09                                                    JAS
                                                              **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF COURT'S ORDER RE: CROSS MOTIONS FOR SUMMARY JUDGMENT   —C-05-02280 RMW
JAS                                                              2