PAUL STASSINOS
5150 SUNRISE BLVD. #B6
FAIR OAKS, CA  95628
(916) 967-8000
FACSIMILE: (916)961-2593
E mail: pastassinos@yahoo.com

*E-FILED - 4/7/10*

Defendant in pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CARRIZOSA, ET AL. | Case No.: C05-02280 RMW |
| PLAINTIFFS, | REQUEST TO APPEAR TELEPHONICALLY AT JOINT CASE MANAGEMENT CONFERENCE BY PAUL STASSINOS AND ORDER |
| vs. | |
| PAUL R. STASSINOS, ET AL. | DATE: APRIL 9, 2010 |
| DEFENDANTS | TIME: 10:30 A.M. |
| | COURTROOM: 6 |

Paul Stassinos, defendant in pro per, requests permission to appear telephonically at the above referenced Case Management Conference. Mr. Stassinos' office is located in Fair Oaks, California, which is about 140 miles from the Court. Mr. Stassinos' contact number for this appearance is (916) 967-8000.

Dated: April 1, 2010

PAUL STASSINOS

ORDER

The Court hereby grants the request of Paul Stassinos to

1

appear at the above-referenced Case Management Conference telephonically.

IT IS SO ORDERED.

Dated: 4/7/10

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE

*The Court will initiate the conference call between the hours of 10:30 a.m. to 11:30 a.m. Defendant shall be on phone stand by.

- 2