**E-FILED on**    6/1/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD L. CARRIZOSA and MARY PEA, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>PAUL R. STASSINOS, an individual, ALAN MECHAM, an individual, LEGAL RECOVERY SERVICES, INC., a California corporation, and DOES 1-20,<br><br>        Defendants. | No. C-05-02280 RMW<br><br><br>ORDER RE: PLAINTIFFS' SETTLEMENT STATUS REPORT<br><br><br>**[Re Docket No. 289]** |

       The court preliminarily approves the terms of the settlement with defendant Paul R. Stassinos. However, plaintiffs must file and serve a proposed order for notice to the class that they feel is appropriate regarding the settlement within 10 days of this order. In addition, plaintiffs are to file and serve a proposed order for further action against defendants Legal Recovery Services, Inc. ("LRS") and Alan Mecham within 10 days of this order. LRS and Mecham shall have 15 days from the date of service to respond if they have any objections to the proposed order.

       Based on the motion to withdraw filed by counsel for LRS and Mecham, it appears that these defendants do not intend to resist having judgment entered in favor of plaintiffs. The court thus asks LRS and Mecham to advise the court within 15 days whether they intend to proceed further in the

ORDER RE: PLAINTIFFS' SETTLEMENT STATUS REPORT—No. C-05-02280 RMW
CCL

1  case. The court advises LRS and Mecham that if the law firm currently representing them is allowed
2  to withdraw as counsel, LRS can appear further only with counsel.

DATED:  6/1/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Fred W. Schwinn | fred.schwinn@sjconsumerlaw.com |
| O. Randolph Bragg | rand@horwitzlaw.com |
| Paul Arons | lopa@rockisland.com |
| Ronald Wilcox | ronaldwilcox@post.harvard.edu |

**Defendant:**

Paul R. Stassinos
5150 Sunrise Blvd., #B6
Fair Oaks, CA 95628

**Counsel for Defendants:**

| | |
|---|---|
| Candace Marie Pagliero | cpagliero@paglierolaw.com |
| James Raymond Pagliero | jpagliero@paglierolaw.com |
| Gabriel Gunder Baldwin | gbaldwin@paglierolaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/1/10                                             CCL
                                                         **Chambers of Judge Whyte**