1  **Paul Arons**
2  **685 Spring St., # 104**
   **Friday Harbor, WA 98250**
3  **Tel. (360) 378-6496**
   **Fax (360) 378-6498**
4  **lopa@rockisland.com**

5  **Ronald Wilcox, State Bar #**
   **LAW OFFICE OF RONALD WILCOX**
6  **2160 The Alameda, 1st Flr., Suite F**
7  **San Jose, CA 95126**
   **(408) 296-0400**
8
   **O. Randolph Bragg, Ill. Bar #06221983**
9  **HORWITZ, HORWITZ & ASSOCIATES**
   **25 East Washington, Suite 900**
10 **Chicago, IL 60602**
   **(312) 372-8822**
11
12 **Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CARRIZOSA and MARY PEAS, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PAUL R. STASSINOS, et al. <br><br> Defendants. | CIV. NO. 05-CV-2280 RMW <br><br> CLASS ACTION <br><br> ORDER DEFERRING CLASS NOTICE AND STAYING ACTION AGAINST STASSINOS |

The Court has preliminarily approved a settlement of the claims against Paul R. Stassinos in the above-entitled action. In the settlement defendant Stassinos and the plaintiffs have stipulated that actual and statutory damages total $153,363.43.  The parties will resolve the amount of reasonable attorneys' fees and costs by stipulation of by an motion for reasonable attorneys' fees and costs filed with this Court.  In light of the pending Stassinos bankruptcy action which may result in a complete

1  discharge of liability, with all monetary terms of the settlement preliminarily approved, and good cause
2  appearing therefore,

3  IT IS HEREBY ORDERED that the issue of sending class notice, and final settlement approval
4  are deferred pending completion of the adversary proceeding, *Carrizosa v. Stassinos*, A.P. No. 09-
5  02752, filed in *In re Stassinos*, Bankruptcy Case No. 09-37029-C-7, (U.S.B.C-E.D. Cal.). No purpose
6  is served by notifying class members of the proposed class settlement, since it is impossible to provide
7  meaningful notice given the pending bankruptcy proceeding. Within forty-five days of the date of this
8  Order, either the parties shall file a stipulation setting the amount of reasonable attorneys' fees and
9  costs for the proceedings to day, or plaintiffs shall file a motion for reasonable attorney's fees and
10 costs. With the exception of the issue of attorneys' fees and costs, this action is stayed as against
11 defendant Stassinos only. The action will proceed against the other defendants.

12 Once proceedings in the bankruptcy court are concluded, if plaintiffs have prevailed in the
13 bankruptcy court, they may return to this Court to decide class notice issues, for final settlement
14 approval and for any other appropriate action necessary to concluding this matter against defendant
15 Stassinos. If debtor Stassinos prevails in the bankruptcy court and obtains a complete discharge, the
16 plaintiffs shall notify the Court and the action will be dismissed as against Stassinos.

19 DATED: June 11, 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte, Judge
United States District Court