**E-FILED on**   6/29/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD L. CARRIZOSA, and MARY PEA, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>PAUL R. STASSINOS, an individual, ALAN MECHAM, an individual, LEGAL RECOVERY SERVICES, INC., a California corporation, et al.,<br><br>        Defendants. | No. C-05-02280 RMW<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>**[Re Docket Nos. 290, 298]** |

    For good cause appearing, Pagliero & Associates ("Pagliero")'s motion to withdraw is granted, and Pagliero is relieved as counsel of record for Legal Recovery Services, Inc. ("LRS") and Alan Mecham, effective immediately. Pagliero has advised the court that the last known street address for LRS is as follows:

    5150 Sunrise Blvd. Suite B6
    Fair Oaks, CA 95628

Pagliero has advised the court that the last known mailing address for LRS is as follows:

    P. O. Box 2240
    Fair Oaks, CA 95628

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-05-02280 RMW

1  Alan Mecham has advised the court that he consents to the substitution of himself, pro se, in place of
2  Pagliero and that his contact information is as follows:

3      P.O. Box 718
    Eden, UT 84310
4      Telephone: (801) 391-7937

5  LRS and Alan Mecham are hereby notified of the following effects this order may have upon
6  parties:

---

**NOTICE TO LRS AND ALAN MECHAM**

**Your present attorney will no longer be representing you.  You may not in most cases represent yourself if you are one of the parties on the following list:**

- A corporation
- A partnership
- A limited liability company
- An unincorporated association
- A probate fiduciary
- A trustee
- A guardian
- A personal representative
- A guardian ad litem
- A conservator

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION.  Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

---

Alan Mecham is notified that if he will be representing himself, he shall be solely responsible for the case.

---

**NOTICE TO PARTY WHO WILL BE UNREPRESENTED**

**You will not have any attorney representing you. You may wish to seek legal assistance.  If you do not have a new attorney to represent you in this action, and you are legally permitted to do so, you will be representing yourself.  It will be your responsibility to comply with all court rules and applicable laws.  If you fail to do so, or fail to appear at hearings, action may be taken against you.  You may lose your case.**

---

Each party is notified that it is the party's duty to keep the court informed at all times of the party's current address.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-05-02280  RMW
2

**NOTICE TO PARTY WHO WILL BE UNREPRESENTED**

**The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interest or result in your losing the case.**

DATED:     6/29/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-05-02280 RMW
3