**E-FILED on    6/29/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD L. CARRIZOSA, and MARY PEA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL R. STASSINOS, an individual, ALAN MECHAM, an individual, LEGAL RECOVERY SERVICES, INC., a California corporation, et al.,<br><br>Defendants. | No. C-05-02280  RMW<br><br><br>ORDER REGARDING FURTHER PROCEEDINGS<br><br>**[Re Docket No. 296]** |

Pursuant to the court's June 1, 2010 order, defendants Legal Recovery Services, Inc. ("LRS") and Alan Mecham were to inform the court by June 16, 2010 whether they intend to proceed further in this case.  LRS has notified the court that it does not intend to proceed further in this case. Mecham has not advised the court whether it wishes to proceed.  LRS and Mecham were also provided fifteen days to object to plaintiffs' proposal for further proceedings in this case.  Neither defendant has objected.

Therefore, within sixty days of this order, plaintiffs shall file a motion for summary judgment on all unresolved liability and damage issues, which the court anticipates LRS and Mecham will not oppose.  If either LRS or Mecham attempt to oppose the motion, the court will review any reason

United States District Court
For the Northern District of California

1   that the defendant provides for not previously advising the court that he intends to defend the case

2   and will issue an appropriate order.

3

4

5   DATED:      6/29/10                          *Ronald M Whyte*

6                                               RONALD M. WHYTE
                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER REGARDING FURTHER PROCEEDINGS—No. C-05-02280  RMW