Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Suite #530
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

Attorneys for Plaintiffs Richard Carrizosa and Mary Pea
On behalf of themselves and all other similarly situated

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRIZOSA and MARY PEA, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>LEGAL RECOVERY SERVICES, INC., et al.,<br><br>Defendants. | Case# C05-02280 RMW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS** |

Having considered plaintiffs' Motion to File Motion for Reasonable Attorneys' Fees and Costs, and good cause appearing therefore,

**ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY'S FESS AND COSTS: Page 1**

1  IT IS HEREBY ORDERED that plaintiffs' motion is granted.  Plaintiffs' deadline for

2  filing a Motion for Reasonable Attorneys' Fees and Costs is extended to December 31, 2010.

3

4

5  DATED:11/5/10                               _____
                                               Hon. Ronald M. Whyte, Judge
6                                              United States District Court

**ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY'S FESS AND COSTS: Page 2**