Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

*E-FILED - 8/12/11*

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CARRIZOSA and MARY PEA, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PAUL R. STASSINOS, LEGAL RECOVERY SERVICES, INC. and ALAN MECHAM., <br><br> Defendants. | CIV. NO. 05-2280 RMW (RS) <br><br> CLASS ACTION <br><br> JUDGMENT FOR PERMANENT INJUNCTION AND MONETARY RELIEF |

### INJUNCTIVE RELIEF

In connection with checks written for a personal, family or household purpose, defendants

Legal Recovery Services, Inc. and Alan Mecham, and their agents, employees officers and assigns

are permanently enjoined from: (a) seeking to collect prejudgment interest on a check in addition

Civ. No. 05-2280: JUDGMENT: Page 1

to service charges or treble damages pursuant to California Civil Code Section 1719, (b) sending collection letters in the name of the creditor that referred the account for collection, and (c) demanding payment of service charges or treble damages pursuant to California Civil Code Section 1719 from any person who has not passed a check on insufficient funds.

**MONETARY JUDGMENT**

Defendants Legal Recovery Services, Inc. and Alan Mecham are jointly and severally liable in the amount of $485,043.44. The Court shall retain jurisdiction to approve any plan for distributing money collected pursuant to this judgment.

DATED: 8/12/2011

_Ronald M. Whyte_

Hon. Ronald M. Whyte
Judge, United States District Court